No. 1409. RIVERA, APPELLANT, *v.* GONZÁLEZ ET AL., APPEL-LEES.—Intervention in ownership of real property.   Mayagüez.

November 3, 1915.   Appeals dismissed.

---

No. 15. MARTÍNEZ, PETITIONER, *v.* SOTO NUSSA, DISTRICT JUDGE, RESPONDENT.—Restraining order.   November 3, 1915. Petition denied.

---

No. 1379. SAMA, APPELLEE, *v.* ANTONMATTEI ET AL., APPELLANTS.—Mandamus.   Ponce.   November 5, 1915.   Appeal dismissed.

---

No. 154. CORREA, PETITIONER, *v.* CÓRDOVA DÁVILA, DISTRICT JUDGE, RESPONDENT.—Certiorari.   November 5, 1915.   Petition denied.

---

No. 1417. DÍAZ, APPELLANT, *v.* ROURA, APPELLEE.—Damages.   Ponce.   November 9, 1915.   Appeal dismissed.

---

No. 1418. SUCCESSION OF RIVERA, APPELLANT, *v.* MELÉNDEZ ET AL., APPELLEES.—Nullity of dominion title, etc.   Guayama. November 12, 1915.   Appeal dismissed.

---

No. 155. MARTÍNEZ, PETITIONER, *v.* SOTO NUSSA, DISTRICT JUDGE, RESPONDENT.—Certiorari.   November 17, 1915.   Petition denied.

---

No. 153. ITURRINO, PETITIONER, *v.* SOTO NUSSA, DISTRICT JUDGE, RESPONDENT.—Certiorari.   November 22, 1915.   Petition denied.